AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
| v. | ) |
|  | ) Case No. 6:18-mj-72 |
| MICHAEL BRUCE MESSER JR. | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 11, 2018,__ in the county of __Greenville__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 18, U.S.C., Section 922(g)(1) | by, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowing and unlawfully possessing a firearm in and affecting commerce, that is, a Colt .38 caliber revolver. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Robert Horne, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __April 30, 2018__

_____
Judge's signature

City and state: __Greenville, South Carolina__    Kevin McDonald, U.S. Magistrate Judge
*Printed name and title*