IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO. 6:18-575 |
| | ) | 18 USC § 922(g)(1) |
| | ) | 18 USC § 924(a)(2) |
| | ) | 18 USC § 924(e) |
| Vs. | ) | 18 USC § 924(d)(1) |
| | ) | 28 USC § 2461(c) |
| **MICHAEL BRUCE MESSER, JR.** | ) | |
| | ) | **INDICTMENT** |

RECEIVED
USDC, CLERK GREENVILLE
2018 JUN 12 PM 1:25

## COUNT 1

THE GRAND JURY CHARGES:

That on or about April 11, 2018, in the District of South Carolina, the Defendant, **MICHAEL BRUCE MESSER, JR.**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, a firearm, that is, a Colt .38 caliber pistol, which had been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about May 9, 2018, in the District of South Carolina, the Defendant, **MICHAEL BRUCE MESSER, JR.**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, a firearm and ammunition, that is, a Taurus .38 caliber pistol and .38 caliber ammunition, all of which had been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## FORFEITURE

FIREARM OFFENSES:

Upon conviction for the felony violations of Title 18, United States Code, Section 922(g)(1) as charged in this Indictment, the Defendant, **MICHAEL BRUCE MESSER, JR**, shall forfeit to the United States all of the Defendant's rights, titles, and interest in:

(a)  any firearms and ammunition (as defined in 18 U.S.C. § 921) –

(1) involved in or used in any knowing violations of 18 U.S.C. § 922, or violation of any other criminal law of the United States, or intended to be used in a crime of violence;

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for offenses charged in this Indictment includes, but is not limited to, the following:

A.  Firearms:

1.  Colt, model Commando, .38 caliber pistol
    Serial Number: 49495

2.  Taurus, Model 82, .38 caliber pistol
    Serial Number: 1924020

B.  Ammunition:

1. One box containing miscellaneous rounds of Smith & Wesson .38 Special bullets

2. ~~Miscellaneous rounds of .410 shotgun shells~~ MR

3. Miscellaneous rounds of .38 caliber ammunition

Pursuant to Title 18, United States Code, 924(d)(1), and Title 28, United States Code, Section 2461(c).

A **true** Bill

_____
FOREPERSON

_Sherri A. Lydon_
SHERRI A. LYDON  (MBC/jw)
UNITED STATES ATTORNEY