RECORD OF GRAND JURY BALLOT

C/ 6:18 - 575

THE UNITED STATES OF AMERICA v. MICHAEL BRUCE MESSER, JR.

(SEALED UNTIL FURTHER ORDER OF THE COURT)