IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

**UNITED STATES OF AMERICA**

**VS**                                                         CR NO. **6:18-575**

**MICHAEL BRUCE MESSER, JR.**

## PLEA

The defendant, **MICHAEL BRUCE MESSER, JR.**, having withdrawn his plea of Not Guilty, pleads **GUILTY** to Count **1 and 2** of the **Indictment**.

_____
(Signed) Defendant

Greenville, South Carolina
10/23/18