IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. NO. 6:18-575 (BHH) |
| -v- | ) | |
| | ) | |
| MICHAEL BRUCE MESSER, JR | ) | |

## NOTICE OF APPEAL

Notice is hereby given that, MICHAEL BRUCE MESSER, JR., defendant named above, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment and sentence entered in this action before The Honorable BRUCE HOWE HENDRICKS, United States District Judge on the 1st day of May, 2019.

s/*Lora C. Blanchard*
Lora C. Blanchard
Assistant Federal Public Defender
75 Beattie Place, Suite 950
Greenville, SC 29601
(864) 235-8714

May 13, 2019

Greenville, South Carolina